**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MOTT, MARTHA WYNNE § Case No. 11-80504
§
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 09/19/2012 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

      Dated:  08/14/2012        By:  /s/BERNARD J. NATALE
                                                                       Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MOTT, MARTHA WYNNE § Case No. 11-80504
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 15,750.09 |
| *and approved disbursements of* | $ 2,600.46 |
| *leaving a balance on hand of* [1] | $ 13,149.63 |
| **Balance on hand:** | $ 13,149.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4S | Internal Revenue Service | 5,480.00 | 5,480.00 | 0.00 | 5,480.00 |
| 6 | Evanston Insurance Company | 99,045.00 | 99,045.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 5,480.00 |
| Remaining balance: | $ 7,669.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - BERNARD J. NATALE | 2,203.09 | 0.00 | 2,203.09 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,116.00 | 0.00 | 2,116.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 21.37 | 0.00 | 21.37 |

| | |
|---|---:|
| Total to be paid for chapter 7 administration expenses: | $ 4,340.46 |
| Remaining balance: | $ 3,329.17 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,329.17 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $68,214.36 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 4P | Internal Revenue Service | 68,214.36 | 0.00 | 3,329.17 |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 3,329.17 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 47,283.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Cynthia Herschlag | 10,343.68 | 0.00 | 0.00 |
| 2 | Chase Bank USA, N.A. | 974.68 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7,886.79 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | 15,471.75 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 122.22 | 0.00 | 0.00 |
| 7 | Rockford Mercantile Agency Inc | 704.16 | 0.00 | 0.00 |
| 8 | FIA Card Services, Bank of America | 903.77 | 0.00 | 0.00 |
| 9 | FIA Card Services,Bank of America | 10,876.77 | 0.00 | 0.00 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 11-80504-MB
Martha Wynne Mott                                               Chapter 7
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3            User: jclarke            Page 1 of 2            Date Rcvd: Aug 23, 2012
                                Form ID: pdf006          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2012.
```
db          #+Martha Wynne Mott,    4602 Arlington,    Loves Park, IL 61111-5811
16788447      American Express,    BOX 0001,    Los Angeles, CA 90096-8000
17226000      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
16788448      Bank of America,    POB 851001,    Dallas, TX 75285-1001
16788450      Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
17180817      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16788451      Chase Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
16788452     +Cynthia Herschlag,    c/o Elizabeth M. Groncki,    124 No. Water St., Suite 100,
               Rockford, IL 61107-3960
17426529     +Evanston Insurance Company,    C/O U.A.A.I.,    11420 Blondo St.# 103,   Omaha, Nebraska 68164-3858
16788453     +First National Bank,    345 E. Grand Avenue,    Beloit, WI 53511-6250
16788457      Rockford Health Medical Laboratorei,    2400 No. Rockton Avenue,    Rockford, IL 61103-3655
17451066     +Rockford Mercantile Agency Inc,    2502 South Alpine Road,    Rockford Illinois 61108-7813
16788458     +Swedish American Hospital,    c/o Mutual Management Services,    401 E. State St., 2nd flr POB 4777,
               Rockford, IL 61110-4777
16788459      USAA Credit Card Payments,    10750 McDermott Fwy,    San Antonio, TX 78288-0570
16788460     +Winnebago County Collector,    POB 1216,    Rockford, IL 61105-1216
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17478326       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2012 02:50:44
               FIA Card Services, NA/Bank of America,    by American InfoSource LP as its agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
16788455     +E-mail/Text: cio.bncmail@irs.gov Aug 24 2012 02:13:25     INTERNAL REVENUE SERVICE,   POB  7346,
               Philadelphia, PA 19101-7346
16788456     +E-mail/Text: Bankruptcy@htlf.com Aug 24 2012 02:38:08     Riverside Community Bank,
               6855 East Riverside Blvd.,    Rockford, IL 61114-4429
                                                                                               TOTAL: 3
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16788449*      Bank of America,    POB 851001,    Dallas, TX 75285-1001
16788454*     +First National Bank,    345 E. Grand Avenue,    Beloit, WI 53511-6250
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2012**              **Signature:**         *Joseph Speetjens*

```
District/off: 0752-3          User: jclarke              Page 2 of 2                  Date Rcvd: Aug 23, 2012
                              Form ID: pdf006            Total Noticed: 18

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 23, 2012 at the address(es) listed below:
              Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
              Bernard J Natale     natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              James E Stevens    on behalf of Debtor Martha Mott jimstevens@bslbv.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rodney W. Kimes    on behalf of Creditor  First National Bank & Trust Co. brmkksc@charter.net
              Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                             TOTAL: 6
```