# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: MOTT, MARTHA WYNNE                    §    Case No. 11-80504
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $475,780.84                  Assets Exempt:  $6,700.00
*(without deducting any secured claims)*

Total Distribution to Claimants:$8,809.17      Claims Discharged
                                               Without Payment: $173,406.57

Total Expenses of Administration:$5,721.76

3)  Total gross receipts of $       15,750.09    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $       1,219.16   (see **Exhibit 2**), yielded net receipts of  $14,530.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $582,352.32 | $104,525.00 | $104,525.00 | $5,480.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,721.76 | 5,721.76 | 5,721.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 84,000.00 | 68,214.36 | 68,214.36 | 3,329.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 81,870.05 | 47,283.82 | 47,283.82 | 0.00 |
| **TOTAL DISBURSEMENTS** | $748,222.37 | $225,744.94 | $225,744.94 | $14,530.93 |

4) This case was originally filed under Chapter 7 on February 09, 2011. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _10/09/2012_____    By: _/s/BERNARD J. NATALE_____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| USAA - term life insurance - cash value | 1229-000 | 1,833.68 |
| MassMutual - life insurance - cash value | 1229-000 | 13,915.57 |
| Interest Income | 1270-000 | 0.84 |
| **TOTAL GROSS RECEIPTS** | | $15,750.09 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Martha Wynne Mott | Exempt on USAA Life Insurance | 8100-002 | 1,219.16 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $1,219.16 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4S | Internal Revenue Service | 4300-070 | N/A | 5,480.00 | 5,480.00 | 5,480.00 |
| 6 | Evanston Insurance Company | 4110-000 | N/A | 99,045.00 | 99,045.00 | 0.00 |
| NOTFILED | First National Bank | 4110-000 | 452,515.30 | N/A | N/A | 0.00 |
| NOTFILED | Riverside Community Bank | 4110-000 | 99,416.62 | N/A | N/A | 0.00 |
| NOTFILED | First National Bank | 4110-000 | 30,420.40 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $582,352.32 | $104,525.00 | $104,525.00 | $5,480.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 21.37 | 21.37 | 21.37 |
| WIPFLI LLP | 3410-000 | N/A | 795.60 | 795.60 | 795.60 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,116.00 | 2,116.00 | 2,116.00 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 26.86 | 26.86 | 26.86 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,203.09 | 2,203.09 | 2,203.09 |
| Department of Treasury | 2810-000 | N/A | 172.00 | 172.00 | 172.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.69 | 26.69 | 26.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.40 | 31.40 | 31.40 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.99 | 30.99 | 30.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.68 | 28.68 | 28.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.59 | 31.59 | 31.59 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.55 | 29.55 | 29.55 |
| The Bank of New York Mellon | 2600-000 | N/A | 31.37 | 31.37 | 31.37 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.36 | 28.36 | 28.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 29.28 | 29.28 | 29.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.25 | 28.25 | 28.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.08 | 32.08 | 32.08 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.06 | 28.06 | 28.06 |
| The Bank of New York Mellon | 2600-000 | N/A | 30.54 | 30.54 | 30.54 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $5,721.76 | $5,721.76 | $5,721.76 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4P | Internal Revenue Service | 5800-000 | 84,000.00 | 68,214.36 | 68,214.36 | 3,329.17 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $84,000.00 | $68,214.36 | $68,214.36 | $3,329.17 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Cynthia Herschlag | 7100-000 | N/A | 10,343.68 | 10,343.68 | 0.00 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 882.49 | 974.68 | 974.68 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 7,446.99 | 7,886.79 | 7,886.79 | 0.00 |
| 4U | Internal Revenue Service | 7100-000 | N/A | 15,471.75 | 15,471.75 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | 101.16 | 122.22 | 122.22 | 0.00 |
| 7 | Rockford Mercantile Agency Inc | 7100-000 | 704.16 | 704.16 | 704.16 | 0.00 |
| 8 | FIA Card Services, Bank of America | 7100-000 | 878.51 | 903.77 | 903.77 | 0.00 |
| 9 | FIA Card Services,Bank of America | 7100-000 | 10,619.18 | 10,876.77 | 10,876.77 | 0.00 |
| NOTFILED | Cynthia Herschlag c/o Elizabeth M. Groncki | 7100-000 | 10,000.00 | N/A | N/A | |
| NOTFILED | USAA Credit Card Payments | 7100-000 | 19,972.00 | N/A | N/A | 0.00 |
| NOTFILED | Swedish American Hospital c/o Mutual Management | 7100-000 | 1,265.56 | N/A | N/A | 0.00 |
| NOTFILED | Winnebago County Collector | 7100-000 | 30,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $81,870.05 | $47,283.82 | $47,283.82 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 11-80504 | Trustee: (330370) BERNARD J. NATALE |
| Case Name: MOTT, MARTHA WYNNE | Filed (f) or Converted (c): 02/09/11 (f) |
| | §341(a) Meeting Date: 03/17/11 |
| Period Ending: 10/09/12 | Claims Bar Date: 06/28/11 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4602 Arlington, Loves Park, IL 61111 | 470,300.00 | 0.00 | DA | 0.00 | FA |
| 2 | cash | 300.00 | 0.00 | DA | 0.00 | FA |
| 3 | checking with Alpine Bank | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | checking with First National Bank of Beloit | 0.84 | 0.00 | DA | 0.00 | FA |
| 5 | USAA checking account | 0.00 | 0.00 | DA | 0.00 | FA |
| 6 | unknown security deposits | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | household goods and furnishings | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 8 | misc. books, pictures, etc. | 680.00 | 0.00 | DA | 0.00 | FA |
| 9 | clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 10 | jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 11 | CAMA Investments | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2001 Lexus SUV - damaged | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | USAA - term life insurance - cash value (u)<br>Amended C Filed, Trustee Filed Objection,<br>Amended C Filed Removing Exemption. | 1,833.68 | 614.52 | | 1,833.68 | FA |
| 14 | MassMutual - life insurance - cash value (u)<br>Amended C Filed, Trustee Filed Objection,<br>Amended C Filed Removing Exemption. | 13,888.22 | 13,888.22 | | 13,915.57 | FA |
| 15 | 2001 Lexus SUV-damaged duplicate of 12 | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 0.84 | Unknown |
| 16 | **Assets    Totals** (Excluding unknown values) | **$491,502.74** | **$14,502.74** | | **$15,750.09** | **$0.00** |

Major Activities Affecting Case Closing:

COMPLETING TAX RETURNS.

Initial Projected Date Of Final Report (TFR):    June 30, 2011          Current Projected Date Of Final Report (TFR):    July 31, 2012

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-80504 | |
| Case Name: | MOTT, MARTHA WYNNE | |
| Taxpayer ID #: | **-***5673 | |
| Period Ending: | 10/09/12 | |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******20-65 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/21/11 | {14} | Mass Mutual Financial Group | Pymt on cash value | 1229-000 | 13,915.57 | | 13,915.57 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.03 | | 13,915.60 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 13,915.71 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.69 | 13,889.02 |
| 08/30/11 | {13} | USAA | Refund Check on Policy | 1229-000 | 1,833.68 | | 15,722.70 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 15,722.81 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.35 | 15,690.46 |
| 09/08/11 | 1001 | Martha Wynne Mott | Exempt on USAA Life Insurance | 8100-002 | | 1,219.16 | 14,471.30 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -0.95 | 14,472.25 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,472.37 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.99 | 14,441.38 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,441.50 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.68 | 14,412.82 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.11 | | 14,412.93 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.59 | 14,381.34 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,381.46 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.55 | 14,351.91 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.12 | | 14,352.03 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 31.37 | 14,320.66 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.36 | 14,292.30 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 29.28 | 14,263.02 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.25 | 14,234.77 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.08 | 14,202.69 |
| 06/04/12 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 06/04/2012 FOR CASE<br>#11-80504, #016018067 | 2300-000 | | 26.86 | 14,175.83 |
| 06/19/12 | 1003 | Department of Treasury | Ref # FEIN 38-6985673   For Tax Period<br>Ending 12/31/2011 | 2810-000 | | 172.00 | 14,003.83 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.06 | 13,975.77 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.54 | 13,945.23 |
| 08/07/12 | 1004 | WIPFLI LLP | Ref # 671632/402730 | 3410-000 | | 795.60 | 13,149.63 |
| 09/19/12 | 1005 | BERNARD J. NATALE | Dividend paid 100.00% on $2,203.09, Trustee<br>Compensation;  Reference: | 2100-000 | | 2,203.09 | 10,946.54 |
| 09/19/12 | 1006 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,137.37 | 8,809.17 |
| | | | Dividend paid 100.00%          2,116.00<br>on $2,116.00;  Claim# | 3110-000 | | | 8,809.17 |

| | Subtotals : | $15,750.09 | $6,940.92 |
|---|---|---|---|

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-80504 |
| Case Name: | MOTT, MARTHA WYNNE |
| | |
| Taxpayer ID #: | **-***5673 |
| Period Ending: | 10/09/12 |

| | |
|---|---|
| Trustee: | BERNARD J. NATALE (330370) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******20-65 - Checking Account |
| Blanket Bond: | $606,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | | ATTY; Filed: $2,116.00 | | | | | |
| | | | Dividend paid 100.00%<br>on $21.37; Claim# EXP;<br>Filed: $21.37 | 21.37 | 3120-000 | | | 8,809.17 |
| 09/19/12 | 1007 | Internal Revenue Service | Combined Check for Claims#4P,4S | | | | 8,809.17 | 0.00 |
| | | | Dividend paid  4.88% on<br>$68,214.36;  Claim# 4P;<br>Filed: $68,214.36;<br>Reference: 6724 | 3,329.17 | 5800-000 | | | 0.00 |
| | | | Dividend paid 100.00%<br>on $5,480.00;  Claim#<br>4S; Filed: $5,480.00;<br>Reference: 6724 | 5,480.00 | 4300-070 | | | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 15,750.09 | 15,750.09 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 0.00 | |
| | Subtotal | | 15,750.09 | 15,750.09 | |
| | Less: Payments to Debtors | | | 1,219.16 | |
| | NET Receipts / Disbursements | | $15,750.09 | $14,530.93 | |

| | |
|---|---|
| Net Receipts : | 15,750.09 |
| Less Payments to Debtor : | 1,219.16 |
| Net Estate : | $14,530.93 |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # 9200-******20-65 | 15,750.09 | 14,530.93 | 0.00 |
| | $15,750.09 | $14,530.93 | $0.00 |